IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO RODRIGUEZ, | No. 2:12-CV-1335-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| DEPARTMENT OF CHILD AND FAMILY SERVICES, et al., | |
|     Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. For cases such as this, which are based on federal question jurisdiction, the federal venue statute requires that the action be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b). Here, the claim(s) arose in Los Angeles County, which is within the boundaries of the United States District Court for the Central District of California. Therefore,

1 the court finds that this action most appropriately proceeds in that district. In the interest of
2 justice, the court will transfer this case. See 28 U.S.C. § 1406(a).
3     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
4 United States District Court for the Central District of California.

DATED: June 8, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE